**The court incorporates by reference in this paragraph the Judgment set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: November 5 2014

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 13-34437 |
| | ) | |
| Christina M. Barnes and | ) | Chapter 7 |
| Christopher G. Barnes, | ) | |
| | ) | Adv. Pro. No. 14-3017 |
| Debtor. | ) | |
| | ) | Hon. Mary Ann Whipple |
| Phillip Novotny, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Christopher G. Barnes, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFAULT JUDGMENT

In accordance with the Memorandum of Decision separately entered by the court on this date, for good cause shown, judgment by default is hereby entered, as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be, and hereby is, entered on the Amended Complaint in favor of Plaintiffs Phillip Novotny and Karen Novotny and against Defendant Christopher G. Barnes as follows:

1. The debt owed to Plaintiffs by Defendant pursuant to the judgment entered against him in Case No 12-CVF-81 in the County Court of Sandusky County, Ohio, including the damages, treble damages, and attorney's fees for the state court action, shall be, and hereby is, determined to be a nondischargeable debt

in Defendant's pending Chapter 7 Case No. 13-34437 pursuant to 11 U.S.C. §§ 523(a)(2)(A).

    2. Plaintiffs are awarded costs of $293.00 for the filing fee for the complaint, and each party shall otherwise bear their own costs and fees.

###